UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRADEEP KANTILAL KHATRI, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-00433 LB<br><br>**ORDER (1) DIRECTING RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND (2) VACATING HEARING**<br><br>[Re: ECF No. 18] |

Plaintiff State National Insurance Company ("State National") filed this action against Pradeep Kantilal Khatri and VNS Hotels, Inc. ("VNS") (collectively, "Defendants") seeking reimbursement of defense fees and costs incurred and indemnity of payments made in relation to a state court action in which State National defended Defendants and ultimately settled with the state court plaintiffs. *See generally* Original Complaint, ECF No. 1.[1]  The court granted Defendants motion to dismiss State National's original complaint.  5/7/2013 Order, ECF No. 14.

State National now moves, pursuant to Civil Local Rule 7-9(a), for leave to file a motion for reconsideration.  Motion, ECF No. 18.  Normally, no responsive brief need be filed and no hearing is held with respect to such a motion.  N.D. Cal. Civ. L.R. 7-9(d).  Upon review of State National's motion, however, the court **DIRECTS** Defendants to file by July 18, 2013 either a statement of non-

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-00433 LB
ORDER

1  opposition or an opposition brief that is no more than 10 pages in length.[2]  Furthermore, the court
2  **VACATES** the hearing on the motion that State National noticed for August 1, 2013.  Upon review
3  of Defendants' opposition, the court will either rule on State National's motion or, if warranted, set a
4  hearing.

5  **IT IS SO ORDERED.**
6  Dated: July 12, 2013

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] The court notes that Defendants, in their recently filed motion to dismiss the First Amended Complaint, reserved their rights to oppose State National's motion for leave to file a motion for reconsideration.  Motion to Dismiss, ECF No. 19-1 at 14.

C 13-00433 LB
ORDER                                         2