UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| STATE NATIONAL INSURANCE, | No. C 13-00433 LB |
|---|---|
| Plaintiff(s), | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND DIRECTING THE PARTIES TO COMPLY WITH THE UNDERSIGNED'S STANDING ORDER** |
| v. | |
| PRADEEP KANTILAL KHATRI, | |
| Defendant(s). | |
| _____/ | [Re: ECF No. 50] |

Plaintiff State National Insurance Company ("State National") filed this action against Pradeep Kantilal Khatri and VNS Hotels, Inc. ("VNS") (collectively, "Defendants") seeking reimbursement of defense fees and costs incurred and indemnity of payments made in relation to a state court action in which State National defended Defendants and ultimately settled with the state court plaintiffs. *See generally* Complaint, ECF No. 1.[1] The parties have been conducting discovery, and now State National has filed a motion for a protective order that asks the court to preclude Defendants from deposing certain individuals and gaining access to certain information are privileged. See Motion, ECF No. 50.

The undersigned's standing order (attached) states that parties may not file formal discovery motions and instead provides an expedited procedure for resolving discovery disputes. Those

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-00433 LB
ORDER

1 procedures require the parties first to meet and confer about the dispute and then to file a joint letter
2 that is no more than 5 pages long.  The court then reviews the letter and determines whether future
3 proceedings are necessary.  Because Plaintiff's motion, which describes a discovery dispute, is not
4 allowed by the undersigned's standing order, the court denies it without prejudice.  The parties
5 instead are directed to comply with the procedure described in detail in the standing order.

6 **IT IS SO ORDERED.**

7 Dated: April 15, 2014

8 _____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 13-00433 LB
ORDER
2