UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br>             Plaintiff,<br>   v.<br>PRADEEP KANTILAL KHATRI, et al.,<br>             Defendants.<br>_____/ | No. C 13-00433 LB<br><br>**ORDER GRANTING STIPULATION TO STAY FURTHER PROCEEDINGS FOR 90 DAYS**<br><br>[Re: ECF No. 61] |

Plaintiff State National Insurance Company ("Plaintiff") and Defendants Pradeep Kantilal Khatri and VNS Hotels, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate to stay further proceedings for 90 days.

Good cause appearing, the court **GRANTS** the parties' stipulation to continue the proceedings. For clarity's sake, and to avoid future confusion, the court has produced a new chart below with updated dates and deadlines reflecting the extension.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 9/18/2014 |
| Further Case Management Conference | 9/25/2014 at 11:00 a.m. |
| Non-expert discovery completion date | 10/8/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 10/8/2014 |

C 13-00433 LB
ORDER

| | |
|---|---|
| Rebuttal expert disclosures | 10/23/2014 |
| Expert discovery completion date | 11/24/2014 |
| Last hearing date for dispositive motions and/or further case management conference | 12/18/2014, at 9:30 a.m. |
| Meet and confer re pretrial filings | 12/2/2014 |
| Pretrial filings due | 12/23/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 1/6/2015 |
| Final Pretrial Conference | 1/22/2015, at 1:30 p.m. |
| Trial | 2/2/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: June 23, 2014

_____
LAUREL BEELER
United States Magistrate Judge