LANCE D. ORLOFF (SBN 116070)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone (949) 660-1600
Facsimile (949) 660-6060
7800.029
E-mail ldo@ggb-law.com

Attorneys for Plaintiff STATE NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PRADEEP KANTILAL KHATRI, an individual, and VNS HOTELS, INC., a California Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 3:13-cv-00433-LB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE FOLLOWING SETTLEMENT**  : ORDER |

**IT IS HEREBY STIPULATED** between the parties:

1.  Plaintiff, State National Insurance Company, and Defendants, Pradeep Kantilal Khatri and VNS Hotels, Inc., reached a tentative settlement agreement on or about June 13, 2014;

---

STIPULATION TO DISMISS WITH PREJUDICE FOLLOWING SETTLEMENT
Case No. 3:13-cv-00433-LB

2. On June 23, 2014, the Court granted the parties' stipulation to stay the proceedings to permit the parties to perform their settlement agreement;

3. The parties fully performed their settlement agreement on September 17, 2014;

4. Therefore, Plaintiff and Defendants hereby stipulate that this matter may be dismissed with prejudice, with all parties bearing their own costs and attorney's fees.

DATED: September 19, 2014          GRANT, GENOVESE & BARATTA, LLP

/s/ Lance D. Orloff

Attorneys for Plaintiff, State National Insurance Company


DATED: September 19, 2014          KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP

/s/ Nicholas J. Peterson

Attorneys for Defendants, Pradeep Kantilal Khatri and VNS Hotels, Inc.

**ORDER**

In accordance with this stipulation of the parties, IT IS SO ORDERED that this action is dismissed with prejudice. Each party will bear their own attorney's fees and costs.

Dated: September 22, 2014

_____
LAUREL BEELER
United States Magistrate Judge